PER CURIAM.
Affirmed. See Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009), review dismissed, 29 So.3d 291 (Fla.2010); Ward v. State, 946 So.2d 33 (Fla. 2d DCA 2006); Macaluso v. State, 912 So.2d 694 (Fla. 2d DCA 2005); Bizzell v. State, 912 So.2d 386 (Fla. 2d DCA 2005); Brown v. State, 827 So.2d 1054 (Fla. 2d DCA 2002); Ives v. State, 993 So.2d 117 (Fla. 4th DCA 2008); Clayton v. State, 904 So.2d 660 (Fla. 5th DCA 2005); Wright v. State, 834 So.2d 879 (Fla. 3d DCA 2002); Sampson v. State, 832 So.2d 251 (Fla. 5th DCA 2002); Middleton v. State, 721 So.2d 792 (Fla. 3d DCA 1998).
SILBERMAN, C.J., and WHATLEY and VILLANTI, JJ., Concur.